UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MAUREEN EVERETT,<br><br>PLAINTIFF,<br><br>v.<br><br>CORRECT CARE SOLUTIONS, LLC,<br><br>DEFENDANT. | Civil Action Docket No. 2:18-cv-00479-JDL |

**CONSENT MOTION TO EXTEND TIME TO FILE
LOCAL RULE 56(h) PRE-FILING CONFERENCE MEMORANDUM**

Defendant Correct Care Solutions, LLC, by and through counsel, respectfully requests that the Court extend the current deadline to file its Pre-Filing Conference Memorandum an additional three (3) days. In support of this motion, Defendant states as follows:

1. Per Procedural Order (ECF 49] on February 10, 2021 this Court issued an Order establishing a deadline of February 17, 2021 for Defendant to file its Pre-Filing Conference Memorandum.

2. Due to the holiday and also due to Defendant's counsel experiencing a loss of power Counsel for Defendant requests an additional 3 days to file its Memorandum.

3. This Motion is made for good cause and not for purposes of delay.

4. Counsel for Plaintiff consents to this Motion.

WHEREFORE, Defendant requests that this Court enter an Order extending the current deadline to file its Pre-Filing Conference Memorandum to Monday, February 22, 2021.

Dated:  February 17, 2021

/s/ Melinda J. Caterine
Melinda J. Caterine (Bar #007129)
mcaterine@littler.com
**LITTLER MENDELSON, P.C.**
1 Monument Square, Suite 600
Portland, ME  04101
Phone: 207.774.6001

Attorney for Defendant
Correct Care Solutions, LLC

## CERTIFICATE OF SERVICE

I, Melinda J. Caterine, attorney for Correct Care Solutions, LLC, hereby certify that on the date noted below, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to the following:

Guy D. Loranger, Esq.
LAW OFFICE OF GUY D. LORANGER
1 Granny Smith Court, Suite 3
Old Orchard Beach, Maine 04064
(207) 937-3257
guy@lorangerlaw.com

Dated:  February 17, 2021

*/s/ Melinda J. Caterine*
Melinda J. Caterine (Bar #007129)
mcaterine@littler.com
**LITTLER MENDELSON, P.C.**
1 Monument Square, Suite 600
Portland, ME  04101
Phone: 207.774.6001

Attorney for Defendant
Correct Care Solutions, LLC